**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**CHAUNCEY M. DEPREE, JR.**                                        **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 2:07cv185KS-MTP**

**MARTHA SAUNDERS, ET AL**                                    **DEFENDANTS**

**ORDER**

This matter is before the court on a Motion for Bench Trial **[#128]**, filed on behalf of the defendants and on a Motion to Stay Motion for Bench Trial **[#130]**, filed on behalf of the plaintiff. The court, having reviewed the motions, the responses, the pleadings and exhibits on file and being otherwise fully advised in the premises, finds that the motion for bench trial should be granted and that the motion to stay should be denied.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion for Bench Trial **[#128]**, filed on behalf of the defendants is granted and that the Motion to Stay Motion for Bench Trial **[#130]** filed on behalf of the plaintiff is denied.

SO ORDERED AND ADJUDGED this the 21st day of April, 2010.

                                                              *s/Keith Starrett*
                                                      UNITED STATES DISTRICT JUDGE