IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**CHAUNCEY M. DEPREE, JR.**                                                    **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO. 2:07CV185-KS-MTP**

**MARTHA D. SAUNDERS, as President of**
**The University of Southern Mississippi**                                    **DEFENDANT**

AGREED FINAL JUDGMENT OF DISMISSAL

This cause came on to be heard on the joint motion of the parties, for Chauncey M. DePree, Jr. to dismiss his claims filed in this action against Defendants Martha D. Saunders, Individually and as President of The University of Southern Mississippi, Darrell J. Grimes, individually and as former provost of The University of Southern Mississippi, Alvin J. Williams, individually and as Interim Dean of the College of Business, University of Southern Mississippi, Steven Jackson, individually and as Interim Director of the School of Professional Accountancy and Information Systems, Stanley X. Lewis, individually and as former Director of the School of Professional Accountancy and Information Systems, Farhang Niroomand, individually and as former Associate Dean of the College of Business, D. Harold Doty, individually and as former Dean of the College of Business, University of Southern Mississippi, and John Albert Brown, James Henderson, Mary Anderson, Patricia Munn, Roderick Posey, Charles Jordan, Gwendolyn Pate, individually, ("Defendants"), with prejudice, and the parties having announced that the claims of Chauncey M. DePree, Jr. have been fully compromised and settled and that there remain no issues to be litigated by or between DePree and any of the Defendants, nor adjudicated by the Court, and that the Plaintiff and Defendants have consented to the entry of

this Agreed Judgment of Dismissal and agree that this claim should be dismissed with prejudice. The Court, being fully advised in the premises, finds that the motion to dismiss this claim with prejudice is well-taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that the claims of the Plaintiff, Chauncey M. DePree, Jr., filed in this action against all Defendants, be and are, dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 16th day of June 2010.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE



AGREED AND APPROVED BY:


/s/  Cyrus C. Barger, III
REBECCA KATHRYN JUDE
CYRUS C. BARGER, III
Attorneys for Plaintiff


/s/  John S. Hooks
JOHN S. HOOKS
LEE P. GORE
MARY ANN CONNELL
Attorneys for Defendants